# ORIGINAL UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _Delaware_

Benne Singletary,
Plaintiff
v.
Kearney;
Waples;
Gosnell; Defendants
Bates;

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 06-315

I, __Benne Singletary__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff  ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant  ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

I am an prisoner in a state prison, and filing a complaint against the Dept. of Corrections 1983 civil rights complaint.

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)



   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. See inmate statement sheet (attached)

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes ☐  No ☒
   b. Rent payments, interest or dividends?  Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☒
   d. Gifts or inheritances?  Yes ☐  No ☒
   e. Any other sources?  Yes ☐  No ☒

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 MAY 12 PM 3:08

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.) (SEE INMATE Statement)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have an interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. —NONE—

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-9-06                    _Bevin Singletary_
             (Date)                     Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____ **Sussex Correctional Institution** _____
where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_(See attached six (6) month statement)_
Authorized Officer of Institution

---

**ORDER OF COURT**

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving Security therefor. |
| _____  _____ <br> United States Judge       Date | _____  _____ <br> United States Judge       Date <br> Or Magistrate |

## INMATE ACCOUNT STATEMENT

TO: Inmate Name: <u>Singletawy   Bennie          </u>
               (Last)          (First)        (M.I.)

     SBI Number: <u>332365          </u>

     Housing Unit: <u>MSB-A          </u>

FR: Inmate Account Technician

DA:

RE: Summary Of Account

.......................................................

Attached is your account statement for the six month period of <u>11-01</u>, <u>2005</u> through <u>04-30</u>, <u>2006</u>.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ <u>52.65</u>.

Attachment

<u>Phyllis Redden</u>
Notary

**PHYLLIS REDDEN**
Notary Public, State of Delaware
My Commission Expires October 31, 2007

# REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: _Singletary Benne_      SBI Number: _332365_
             (Last)      (First)    (M.I.)

Housing Unit: _MSB-A_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Benne Singlitary_             _Judith Ann Lederman_
Inmate Signature                        Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

RECEIVED
SCI Business Office
MAY 0 3 2006

Date received by business office: _____.

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

Printed: 5/3/2006

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 11/1/2005 through 4/30/2006

Page 1 of 4

SBI: 00332365        NAME:    SINGLETARY, BENNE

| Date | Balance |
|---|---|
| 11/01/2005 | $0.00 |
| 11/02/2005 | $0.00 |
| 11/03/2005 | $0.00 |
| 11/04/2005 | $60.00 |
| 11/05/2005 | $60.00 |
| 11/06/2005 | $60.00 |
| 11/07/2005 | $60.00 |
| 11/08/2005 | $60.00 |
| 11/09/2005 | $60.00 |
| 11/10/2005 | $31.95 |
| 11/11/2005 | $31.95 |
| 11/12/2005 | $31.95 |
| 11/13/2005 | $31.95 |
| 11/14/2005 | $31.95 |
| 11/15/2005 | $81.95 |
| 11/16/2005 | $81.95 |
| 11/17/2005 | $50.15 |
| 11/18/2005 | $50.15 |
| 11/19/2005 | $50.15 |
| 11/20/2005 | $50.15 |
| 11/21/2005 | $50.15 |
| 11/22/2005 | $50.15 |
| 11/23/2005 | $50.15 |
| 11/24/2005 | $50.15 |
| 11/25/2005 | $50.15 |
| 11/26/2005 | $50.15 |
| 11/27/2005 | $50.15 |
| 11/28/2005 | $50.15 |
| 11/29/2005 | $50.15 |
| 11/30/2005 | $50.15 |
| 12/01/2005 | $19.88 |
| 12/02/2005 | $19.88 |
| 12/03/2005 | $19.88 |
| 12/04/2005 | $19.88 |
| 12/05/2005 | $19.88 |
| 12/06/2005 | $19.88 |
| 12/07/2005 | $19.88 |
| 12/08/2005 | $0.00 |
| 12/09/2005 | $20.00 |
| 12/10/2005 | $20.00 |
| 12/11/2005 | $20.00 |
| 12/12/2005 | $20.00 |
| 12/13/2005 | $50.00 |
| 12/14/2005 | $50.00 |
| 12/15/2005 | $25.90 |
| 12/16/2005 | $25.90 |
| 12/17/2005 | $25.90 |
| 12/18/2005 | $25.90 |

06 - 315

FILED
2006 MAY 12 PM 3:07
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 5/3/2006

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 11/1/2005 through 4/30/2006

Page 2 of 4

SBI: 00332365     NAME:    SINGLETARY, BENNE

| Date | Balance |
|---|---|
| 12/19/2005 | $25.90 |
| 12/20/2005 | $25.90 |
| 12/21/2005 | $25.90 |
| 12/22/2005 | $0.04 |
| 12/23/2005 | $0.04 |
| 12/24/2005 | $0.04 |
| 12/25/2005 | $0.04 |
| 12/26/2005 | $0.04 |
| 12/27/2005 | $0.04 |
| 12/28/2005 | $0.04 |
| 12/29/2005 | $0.04 |
| 12/30/2005 | $0.04 |
| 12/31/2005 | $0.04 |
| 01/01/2006 | $0.04 |
| 01/02/2006 | $0.04 |
| 01/03/2006 | $0.04 |
| 01/04/2006 | $0.04 |
| 01/05/2006 | $0.04 |
| 01/06/2006 | $0.04 |
| 01/07/2006 | $0.04 |
| 01/08/2006 | $0.04 |
| 01/09/2006 | $3.40 |
| 01/10/2006 | $3.40 |
| 01/11/2006 | $3.40 |
| 01/12/2006 | $3.40 |
| 01/13/2006 | $3.40 |
| 01/14/2006 | $3.40 |
| 01/15/2006 | $3.40 |
| 01/16/2006 | $3.40 |
| 01/17/2006 | $3.40 |
| 01/18/2006 | $3.40 |
| 01/19/2006 | $3.40 |
| 01/20/2006 | $3.40 |
| 01/21/2006 | $3.40 |
| 01/22/2006 | $3.40 |
| 01/23/2006 | $3.40 |
| 01/24/2006 | $3.40 |
| 01/25/2006 | $3.40 |
| 01/26/2006 | $3.40 |
| 01/27/2006 | $3.40 |
| 01/28/2006 | $3.40 |
| 01/29/2006 | $3.40 |
| 01/30/2006 | $3.40 |
| 01/31/2006 | $0.00 |
| 02/01/2006 | $0.00 |
| 02/02/2006 | $0.00 |
| 02/03/2006 | $4.80 |
| 02/04/2006 | $4.80 |

Printed: 5/3/2006

*Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 11/1/2005 through 4/30/2006*

Page 3 of 4

SBI: *00332365*      NAME:     SINGLETARY, BENNE

| Date | Balance |
|---|---|
| 02/05/2006 | $2.20 |
| 02/06/2006 | $2.20 |
| 02/07/2006 | $2.20 |
| 02/08/2006 | $152.20 |
| 02/09/2006 | $152.20 |
| 02/10/2006 | $152.20 |
| 02/11/2006 | $152.20 |
| 02/12/2006 | $152.20 |
| 02/13/2006 | $152.20 |
| 02/14/2006 | $152.20 |
| 02/15/2006 | $152.20 |
| 02/16/2006 | $152.20 |
| 02/17/2006 | $152.20 |
| 02/18/2006 | $152.20 |
| 02/19/2006 | $152.20 |
| 02/20/2006 | $152.20 |
| 02/21/2006 | $152.20 |
| 02/22/2006 | $152.20 |
| 02/23/2006 | $152.20 |
| 02/24/2006 | $152.20 |
| 02/25/2006 | $152.20 |
| 02/26/2006 | $152.20 |
| 02/27/2006 | $152.20 |
| 02/28/2006 | $152.20 |
| 03/01/2006 | $152.20 |
| 03/02/2006 | $152.20 |
| 03/03/2006 | $143.22 |
| 03/04/2006 | $143.22 |
| 03/05/2006 | $143.22 |
| 03/06/2006 | $143.22 |
| 03/07/2006 | $143.22 |
| 03/08/2006 | $143.22 |
| 03/09/2006 | $118.87 |
| 03/10/2006 | $118.87 |
| 03/11/2006 | $118.87 |
| 03/12/2006 | $118.87 |
| 03/13/2006 | $118.87 |
| 03/14/2006 | $118.87 |
| 03/15/2006 | $118.87 |
| 03/16/2006 | $78.55 |
| 03/17/2006 | $78.55 |
| 03/18/2006 | $78.55 |
| 03/19/2006 | $78.55 |
| 03/20/2006 | $78.55 |
| 03/21/2006 | $8.55 |
| 03/22/2006 | $8.55 |
| 03/23/2006 | $0.01 |
| 03/24/2006 | $0.01 |

Printed: 5/3/2006

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 11/1/2005 through 4/30/2006*

Page 4 of 4

SBI: 00332365        NAME:    SINGLETARY, BENNE

| Date | Balance |
|---|---|
| 03/25/2006 | $0.01 |
| 03/26/2006 | $0.01 |
| 03/27/2006 | $0.01 |
| 03/28/2006 | $20.01 |
| 03/29/2006 | $20.01 |
| 03/30/2006 | $20.01 |
| 03/31/2006 | $20.01 |
| 04/01/2006 | $20.01 |
| 04/02/2006 | $20.01 |
| 04/03/2006 | $20.01 |
| 04/04/2006 | $20.01 |
| 04/05/2006 | $20.01 |
| 04/06/2006 | $0.01 |
| 04/07/2006 | $50.01 |
| 04/08/2006 | $50.01 |
| 04/09/2006 | $50.01 |
| 04/10/2006 | $50.01 |
| 04/11/2006 | $50.01 |
| 04/12/2006 | $50.01 |
| 04/13/2006 | $42.09 |
| 04/14/2006 | $42.09 |
| 04/15/2006 | $42.09 |
| 04/16/2006 | $42.09 |
| 04/17/2006 | $42.09 |
| 04/18/2006 | $42.09 |
| 04/19/2006 | $42.09 |
| 04/20/2006 | $15.30 |
| 04/21/2006 | $115.30 |
| 04/22/2006 | $115.30 |
| 04/23/2006 | $115.30 |
| 04/24/2006 | $115.30 |
| 04/25/2006 | $115.30 |
| 04/26/2006 | $113.30 |
| 04/27/2006 | $89.35 |
| 04/28/2006 | $126.56 |
| 04/29/2006 | $126.56 |
| 04/30/2006 | $126.56 |

*Summary for 'SBI' = 00332365 (181 detail records)*        **Average Daily Balance:    $52.65**

## Prior Month -- Individual Statement

Date Printed: 5/3/2006 Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00332365 | SINGLETARY | BENNE | | | | |
| Current Location: | MULTI SEC A1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | GLORIA BLOCKER | 11/4/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 |
| Commissary | | 11/10/2005 | ($28.05) | $0.00 | $0.00 | $0.00 | $31.95 |
| Mail MO | JEAN DUNCAN | 11/15/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $81.95 |
| Commissary | | 11/17/2005 | ($31.80) | $0.00 | $0.00 | $0.00 | $50.15 |
| | | | | | | **Ending Mth Balance:** | **$50.15** |

# Prior Month -- Individual Statement

Date Printed: 5/3/2006                                                                 Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.15 |
|---|---|---|---|---|---|---|
| 00332365 | SINGLETARY | BENNE | | | | |
| **Current Location:** | MULTI SEC A1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 12/1/2005 | ($30.27) | $0.00 | $0.00 | $0.00 | $19.88 |
| Commissary | | 12/8/2005 | ($19.88) | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | K. SAUNDERS | 12/9/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Mail MO | TANYA MARTIN | 12/13/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Commissary | | 12/15/2005 | ($24.10) | $0.00 | $0.00 | $0.00 | $25.90 |
| Commissary | | 12/22/2005 | ($25.86) | $0.00 | $0.00 | $0.00 | $0.04 |
| | | | | | **Ending Mth Balance:** | | **$0.04** |

# Prior Month -- Individual Statement

Date Printed: 5/3/2006   Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00332365 | SINGLETARY | BENNE | | | | |
| Current Location: | MULTI SEC A1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 1/9/2006 | $3.36 | $0.00 | $0.00 | $0.00 | $3.40 |
| Medical | | 1/31/2006 | $0.00 | ($6.00) | $0.00 | $0.00 | $3.40 |
| Medical | | 1/31/2006 | ($3.40) | ($2.60) | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 5/3/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00332365 | SINGLETARY | BENNE | | | | |
| Current Location: | MULTI SEC A1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 2/3/2006 | $4.80 | $0.00 | $0.00 | $0.00 | $4.80 |
| Medical | | 2/5/2006 | ($2.60) | $0.00 | $0.00 | $0.00 | $2.20 |
| Mail MO | MR & MRS JAMES ST | 2/8/2006 | $150.00 | $0.00 | $0.00 | $0.00 | $152.20 |
| | | | | | Euding Mth Balance: | | $152.20 |

# Prior Month -- Individual Statement

Date Printed: 5/3/2006                                                                 Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $152.20 |
|---|---|---|---|---|---|---|
| 00332365 | SINGLETARY | BENNE | | | | |
| Current Location: | MULTI SEC A1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 3/3/2006 | ($8.98) | $0.00 | $0.00 | $0.00 | $143.22 |
| Commissary | | 3/9/2006 | ($24.35) | $0.00 | $0.00 | $0.00 | $118.87 |
| Commissary | | 3/16/2006 | ($40.32) | $0.00 | $0.00 | $0.00 | $78.55 |
| Pay-To | JAMES CLARK | 3/21/2006 | ($70.00) | $0.00 | $0.00 | $0.00 | $8.55 |
| Commissary | | 3/23/2006 | ($8.54) | $0.00 | $0.00 | $0.00 | $0.01 |
| Mail MO | NONE | 3/28/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.01 |
| | | | | | | **Ending Mth Balance:** | **$20.01** |

# Prior Month -- Individual Statement

Date Printed: 5/3/2006                                                                                                          Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.01 |
|---|---|---|---|---|---|---|
| 00332365 | SINGLETARY | BENNE | | | | |
| Current Location: | MULTI SEC A1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 4/6/2006 | ($20.00) | $0.00 | $0.00 | $0.00 | $0.01 |
| Visit MO | BARBARA MULLINS | 4/7/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $40.01 |
| Mail MO | CRYSTAL DUPREE | 4/7/2006 | $10.00 | $0.00 | $0.00 | $0.00 | $50.01 |
| Copies | | 4/10/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | $50.01 |
| Commissary | | 4/13/2006 | ($7.92) | $0.00 | $0.00 | $0.00 | $42.09 |
| Commissary | | 4/20/2006 | ($26.79) | $0.00 | $0.00 | $0.00 | $15.30 |
| Visit MO | K. SYNDER | 4/21/2006 | $100.00 | $0.00 | $0.00 | $0.00 | $115.30 |
| Copies | | 4/26/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | $113.30 |
| Commissary | | 4/27/2006 | ($23.95) | $0.00 | $0.00 | $0.00 | $89.35 |
| Mail MO | MRS. WILLIAM STANL | 4/28/2006 | $37.21 | $0.00 | $0.00 | $0.00 | $126.56 |
| | | | | | | Ending Mth Balance: | $126.56 |