In The United States District Court
For the District of Delaware

Benue Singletoary,
  Plaintiff,

V.

Kearney, Gosnell,
Waples, Bates,
  Defendants.

C.A. No. 06-315

Motion For Appointment Of Counsel

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SD scanned

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

1

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer.

Wherefore, Plaintiff's request that the court appoint counsel in this case.

Date: May 18, 2006

Bennie Singletary
(S.C.I) Prison
Georgetown, DE 19947

2

# Certificate of Service

I, _Benne Singletoary_, hereby certify that I have served a true and correct cop(ies) of the attached: _(1) one motion for appointment of counsel_ upon the following parties/person (s):

TO: _Clerk of the Court_
_U.S. District Court_
_844 King Street_
_Wilmington, DE, 19801_
_Lockbox 18_

TO: _____

TO: _____

TO: _____

_Sussex Correctional Institution, P.O. Box 500_
BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the ~~[illegible]~~ ~~[illegible]~~ postage to be paid by the Dept. Of Corrections.

On this _18th_ day of _May_, 2006

_Benne Singlstoary_
_Georgetown, DE, 19947_

Benne Singletoary,
(S.C.I) Prison.
Georgetown, DE 19947

Date: May 18, 2006

To: Clerk of Court
- Lockbox 18 -
U.S. District Court
Wilm, DE. 19801

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

P8 scanned

06-315 (UNA)

Re: Motion for Appointment of Counsel.

Dear Clerk,

Enclosed please find a Motion for Appointment of Counsel. This will acknowledge, that Mr. Singletoary has filed a 1983 complaint in this Court around the 9th of May, 06.

However, Singletoary has not yet received a Docket # Number, or a Judge.

Please be advised that Singletoary apologize for this late motion request.

Sincerely,
Benne Singletoary
(S.C.I) Prison
Georgetown, DE.
19947

I/M: Burke Singletary BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S.
1716  U.S. POSTAGE  PB 2230370
7913  $00.390  MAY 19 06
4884  FROM ZIP CODE  19947

U.S.M.S.
X-RAY

To: Clerk of The Court
- Lockbox 18 -
U.S. District Court
844 King St.
Wilmington, De, 19801

Legal mail