IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY,                     )
                                      )
          Plaintiff,                  )
                                      )
     v.                               ) Civil Action No. 06-315 JJF
                                      )
WARDEN RICH KEARNEY,                  )
COL. GOSNELL, C/O WAPLES,             )
AND K. SGT. BATES,                    )
                                      )
          Defendants.                 )

**AUTHORIZATION**

FILED

JUN – 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

     I, Benne Singletary, SBI #332365, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $16.84 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated May 25, 2006.

     This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00. I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: 5-30-06 _____, 2006.

                                   *Benne Singletary*
                                   Signature of Plaintiff

I/M: _Benne Snadbury_ BLDG: MSb - A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE

330365

\*\(\(\(
1156 U.S.POSTAGE PB 2 2 3 0 3 7 0 \*
7993 \$00.390 MAY 31 06 \*
7612 FROM ZIP CODE 19947 \*

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, De
_____ 19801

198014531519 C012