Honorable Judge Joseph J. Farnan

I'm writing you on the terms of Being asigned Counsel for my Case. I'm not familiar with proceeding's far as pursuing my law Suit. I'm being moved to Another prison. The person that's helping to Assist me is no longer going to be Available, nor proper use of A law library please Contact me on this Matter.

Thanks
Bennie Singletary
332365

Case Name: Singltary v. Kearney
Case Number: 1:06-CV-315

P.S.
I cant write to well
i had this done to have
you to have Counsel ready

Bennie Singletary

FILED
JUL 11 2006
U.S. DISTRICT
DISTRICT OF DELAWARE

BD scanned

I/M: Frank Singletary  BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
332365

*(U.S. POSTAGE) $00.390  JUL 10 06  19947
1466
7954
7910

Honorable Judge Joseph J. Farnan
United States District Court
844 N King St, Lockbox 18
Wilmington, Del  19801