1:06-CV-00315 - UNA Singletary V. Kearney et al
Utility Events

Honorable Judge Joseph J. Farnan,

Hello. Your Honor. My name is Benne Singletary #332365. I recently recieved verification that the lawsuit I've filed against the warden as well as other parties involved in the pertenent incident, has been accepted by the U.S. District Court to proceed forward in bringing about a resolution.

I am addressing your Honor, to request the courts assistance for Court Appointed Counsel relevant to the facts that ① I am currently unable to recieve legal assistance involving my case, due to the fact that I am being housed in a secured housing area hindering my ability to schedule law library appointments, and ② the fact that I am in every possible way unknowledgable of the law involving proceedings involved. ③ The limitations of my spelling prevents me from acurratly responding to documentations, forcing me to recieve assistance from other inmates who are literate of the law.

In anyway your Honor. Can assist me in bringing about a resolution unto this problem I shall be most greaciously appreciative

Respectfully Submitted
X Benne Singletary

FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Benne Singletary
SBI# 332365    UNIT MHU-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 AUG 2006 PM

(JJF)(MJb.)
Office of the Clerk - 1:06-cv-315
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570