In The United States District Court
For The District of Delaware

Benne Singletary,
  Plaintiff,

v

Kearney, et. Al
  Defendants.

C.A. No. 06-315 (JJF)

(Notice of Change of Address;

FILED 2006 AUG 31 PM 2:44 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE
RD scanned

In The Above-entitled Action, Please be advised that the Plaintiff (Singletary) has been Transfer. from (S.C.I) Prison, Georgetown, DE. Too (D.C.C) Delaware Correctional Center, Smyrna, DE. 19977.

on Aug. 11. 2006.

Also, Please be Advised that The Defendants' Attorney of Record, Attorney General Office has been Served.

Sincerely
Benne Singletary
D.C.C
Smyrna, DE. 19977

## Certificate of Service

I, _BENNE SINGLETARY_, hereby certify that I have served a true and correct cop(ies) of the attached: _NOTICE OF CHANGE OF ADDRESS_ _____ upon the following parties/person(s):

(ORIGINAL)
TO: _U.S. District Court_
_Lockbox 18_
_844 King St._
_Wilmington, DE, 19801_

COPY:
TO: _CARL DANBERG_
_Atty. General Office_
_Dept. Of Justice_
_820 N. French St._
_Wilmington, DE, 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this _17_ day of _Aug._ , 200_6_

Benne Singetary SBI 332365
Delaware correctional center
1181 paddock Road
Smyrna, DE 19977

WILMINGTON DE 197
30 AUG 2006 PM 3 T

U.S.M.S.
X-RAY

U.S. District court
Lock box 18
844 King St.
Wilmington DE. 19801