Benne Singletary
  Plaintiff.                :    Civil Action No. 06-315-JJF
                            :
    v.                      :
                            :
C/O Gasnell, and C/O Waples :
    Defendants.             :



BD scanned

## Motion to Compel

Comes Now, before this honorable Court is a request by plaintiff, to compel defendants to retrieve plaintiffs "Medical report" pertaining to his injuries. The records are relevant to plaintiffs Complaint. The incidents occurred on January 13-14 of 2006. The injuries were sustained on the 14th, at (S.C.I.) Georgetown, DE. 19947 P.O. Box 500.

(1)

Therefore, the plaintiff request should be granted to enable plaintiff to continue demonstrating the seriousness of the attack he encountered.

Respectfully

*[signature]*

Benne Singletary
332365
D.C.C.
1181 Paddock Road
Smyrna, DE. 19977

Date 9-24-2006 .    signed *Benne Singletary*

## Certificate of Service

I, _BENNIE Singletary_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to compel_ _____ upon the following parties/person (s):

TO: _Clerk_
_U.S. District Court_
_Lockbox 18_
_844 N. King Street_
_Wilmington, DE. 19801_

TO: _Deputy Attorney_
_Carvel State Office Building_
_820 North French Street, 6th fl_
_Wilmington, DE. 19801_
_(Ophelia M. Waters)_
_Counsel for State Defendants_

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____
_____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _24th_ day of _September_, 2006

_Bennie Singletary_

I/M Bennie Singletary
SBI# 332365  UNIT Bldg 21 Aust
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 SEP 2006 PM 3 T

U.S. District Court Clerk
Lockbox 18
844 N. King Street
Wilmington, DE
19801

U.S.M.S
X-RAY