Benne Singletary
   Plaintiff,
                                :
                                :    Civil Action NO. 06-315-JJf
   v.                           :
                                :
C/O Gosnell, and C/O Waples     :
   Defendants.                  :


BD scanned

## Motion of Opposition of defendants Answer.

Plaintiff, Comes Now, before this honorable Court to defend his previous Complaints, in the interest of Justice.

A ## Administrative Remedies

i  The Plaintiff made an attempt to exhaust his claims through the grievance process, however, was later informed that "the system doesn't provide for damages."

ii  The reality of grievable issues is shown to divert from the drawn-up policy, and the practice of staff is to

treat complaints of civil rights abuses by staff as non-grievable.

B     **Statement of Claim**

i The defendants here clearly exercised unprofessional conduct, and deliberately put plaintiff's health and safety in hands of an attacker, in violation of his Eight and fourteenth amendments pursuant to Constitutional provisions.

C     **Statement of facts**

i In the original complaint, the plaintiff contended that an assault was endured on him by another prisoner, On January 14, 2006. The attack resulted in the plaintiff suffering from cuts to his arm, chest, and back causing over 22 stitches.

ii  The defendants however, contend that Plaintiff was the prisoner involved in physical altercations with other inmates, and somehow caused his own injuries and concocted a scheme to create a "suit" on them, by defendants contention of stating, "Plaintiff acted with contributory negligence."

iii  The defendants claim they shouldn't be liable cause they had no knowledge of any such activity. However, it should be noted that C/O Waples was on duty in the "gym" on both the 13th of first attack and on the 14th of the second attack, and the defendants gives no evidence to support they were elsewhere, when as a professional they're to act as supervisor to prisoners in case of these kinds of incidents.

iv For the officer to say "he was unaware, and did not have any knowledge of what occurred, is saying he was not on his "post" for the protection of any of the prisoners in the area, which hold instruments of great danger.

Officer Gosnell's awareness was revealed when plaintiff was escorted to the "Medical station," he controlled the doors, however, both contend, "they had no knowledge, in which seems impossible, giving the magnitude of the injuries, demonstrating lack of professionalism of the staff (ie: C/O Gosnell and Waples).

Justice should be induced here, a reasonable jury would find the officers unreasonable, unreliable actions sufficient for the plaintiff to proceed on and be awarded damages in the instant case, for the responsibility of being alert and protecting plaintiff from a brutal attack on both occasions.

D  **Relief Sought**

i  Compensatory damages are requested here, for the pain and suffering endured by plaintiff, for lack of supervision by officers.

ii  Punitive damages as well, the January 13th attack should've separated the prisoners and dissolved the violent attack by a "jailhouse weapon" subsequent on the 14th. Demonstrating their "Willfulness", intentionally overlooking the "Oath" they were dedicated to uphold, consistant to Officer code.

In concluding, plaintiff wants to express that he is continuesly living each and everyday looking over his shoulders and becomes "paranoid" when he hears a lot of shouting and hollering, and hopes this honorable court deny the defendants request to dismiss his Complaint; plaintiff seeks justice in the eyes of public interest.

Benne Singletary
D.C.C. (332365)
1181 Paddock Road
Smyrna, DE. 19977

Date: 9-29-06    Signed: Benne Singletary

(5)

# Certificate of Service

I, _Benne Singletary_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to oppose defendants request, and Answer_ upon the following parties/person (s):

TO: _Office of the Clerk_
_U.S. District Court_
_Lockbox 18_
_844 N. King Street_
_Wilmington, DE. 19801_

TO: _____

TO: _Carvel State Office building_
_820 North French Street_
_Wilmington, DE 19801_
_Deputy Attorney General_
_MS. Ophelia M. Waters_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _29th_ day of _September_, 2006

_Benne Singletary_

