IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Benne Singletary, )  | | |
|     Plaintiff, ) | | |
| ) | | |
| ) | | |
| v. ) | | |
| ) | Civil Action No. 06-315- JJF | |
| C/O Gosnell, and C/O Waples, ) | | |
|     Defendants. | | |

## DEFENDANTS' RESPONSE TO MOTION TO COMPEL

State Defendants Gosnell and Waples, by and through undersigned counsel hereby respond to Plaintiff's Motion to Compel [D.I. 15]:

1. Plaintiff has moved to compel production of certain medical records. However, to date, he has not filed any discovery requests. Therefore, a motion to compel is premature. Fed. R. Civ. P. 37(a).

2. In addition, State Defendants have provided Plaintiff with the requested medical records. *See* Exhibit A attached hereto.

3. Therefore, Plaintiff's Motion to Compel must be denied.

Wherefore, the State Defendants request that this Court enter an order denying Plaintiff's Motion to Compel.

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /s/ Ophelia M. Waters_____
                                                Ophelia M. Waters, I. D. #3879
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 North French Street, 6th Floor
                                                Wilmington, Delaware 19801
                                                (302) 577-8400
Dated: October 5, 2006                  Counsel for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I electronically filed *Defendants' Response toMotion to Compel* with the Clerk of Court using CM/ECF.  I hereby certify that on October 5, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Benne Singletary; SBI #  332365; Delaware Correctional Center; 1181 Paddock Road, Smyrna DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us



**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

October 3, 2006

Civil Division - New Castle County

Benne Singletary
SBI # 332365
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    Re:    Singletary v. Kearney, et al.
             C.A. No. 06-315-JJF

Dear Mr. Singletary:

    This is in response to your Motion to Compel in the above-referenced matter. [D.I. 15]. You seek copies of your medical records pertaining to the incident underlying your lawsuit.

    Your Motion to Compel is premature in that you had not filed a prior discovery request. However, I have enclosed copies of your medical records pertaining to injuries first treated on January 15, 2006.

                                              Very truly yours,

                                              Eileen Kelly for
                                              Ophelia M. Waters
                                              Deputy Attorney General

Enclosure