10-10-2006

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE. 19801

Civil Action No. 06-315-JJF

RE: Correspondance (Request for granting of Motion to Compel)

FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1 of 2)

Dear Sir,

In light of the defendants production of Medical records, however, untimely, the plaintiff request to have the said "motion to compel" granted for the record. The records hold demonstrated evidence, that events took place consistant to what the plaintiff complains. Moreover, the defendants contend they had **no knowledge**, or, **awareness**, but were on duty that day in question and never suggested they were elsewhere or, was restricted from performing their duties as Correctional officers.

(1)

(2 of 2)

Therefore, plaintiff asks this honorable court to use the, interest of justice to overcome, and be exception to the rule in the instant case, so the plaintiff can prevail justly.

Thank you for your time, and Effort.

Respectfully

Benne Singletary
S.B.I.#332365
Delaware Correctional Ct.
1181 Paddock Road
Smyrna, DE. 19977

Date: 10-10-2006    signed: Benne Singletary

cc. Ophelia M. Waters I.D. #3879
Deputy Attorney General
820 North French Street
Wilmington, DE. 19801

(2)

## Certificate of Service

I, _Benne Singletary_, hereby certify that I have served a true and correct cop(ies) of the attached: _Correspondance_ _____ upon the following parties/person (s):

TO: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE.
19801

TO: _____

TO: Department of Justice
State Office building
820 North French St.
Wilmington, DE. 19801
(MS. Ophelia M. Waters (DAG))

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _10th_ day of _October_, 2006

_Benne Singletary_



I/M Bruce Singletary
SBI# 332365  UNIT Bldg 21 A cn 1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(Legal Mail)

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE
19801