IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 06-315-JJF
                                 :
COL. GOSNELL, C/O WAPLES,        :
                                 :
        Defendants.              :

### ORDER

WHEREAS, on September 28, 2006, Plaintiff filed a Motion To Compel Defendants to produce Plaintiff's medical records regarding incidents occurring on January 13 and January 14, 2006 (D.I. 15);

WHEREAS, in response, Defendants objected to Plaintiff's Motion as premature but provided the requested medical records (D.I. 17, 19);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Compel (D.I. 15) is **DENIED** as moot.

January 12, 2007

_____
UNITED STATES DISTRICT JUDGE