IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNY SINGLETARY )
    PLAINTIFF, )
)
)
V. )
)
)
)
)
)

**FILED**
JAN 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

### MOTION TO AMEND RELIEF SOUGHT IN COMPLAINT 42.USC 1983; RULE 15.1.

(1). Plaintiff, Benny Singletary now respectfully moves this Court with a motion to Amend Complaint, For to add a monetary sum to relief Sought in Complaint.

(2). Plaintiff, Prays this Honorable Court grants permission to Amend Monetary Sum to relief in Complaint.

Sincerely,

DATED: 1-22-07

Benny Singletary

IM Bennie Singletary
SBI# 332365   UNIT D-V-10 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
23 JAN 2007 PM 1 L

Office of the Clerk
United States District Ct.
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570