TO: OFFICE OF THE CLERK
FROM: BENNE SINGLETARY 332365
REGARDING: CIVIL ACTION NO. 06-315-JJF
DATE: 1·24·07

My name is Benne Singletary, SBI #332365, and I have an open case in U.S. District Court. I am writing to inquire as to the status of the proceedings. I was advised that the clerk would be ~~~~~ in a position to provide me with an update. It would be greatly appreciated.

Sincerely,

Benne Singletary



06cv315 JJF
FILED
JAN 29 2007

I/M Benne Singletary
SBI# 332365  UNIT 21-D u 10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570

02 1A
00048808975    $00.390
            JAN 25 2007
MAILED FROM ZIP CODE 19977