IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Benne Singletary,<br>　　　　Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No. 06-315- JJF |
| C/O Gosnell, and C/O Waples<br>　　　　Defendants. | )<br>) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on February 16, 2007 Defendants' counsel will take the oral deposition of Benne Singletary at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19947 at 10:00 am before a notary public or person authorized to administer oaths.  The deposition will be recorded by stenographic means.

　　　　　　　　　　　　　　　　**STATE OF DELAWARE**
　　　　　　　　　　　　　　　　**DEPARTMENT OF JUSTICE**


　　　　　　　　　　　　　　　　___/s/ Ophelia M. Waters____
　　　　　　　　　　　　　　　　Ophelia M. Waters, (I.D. # 3879)
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　820 North French Street, 6th Floor
　　　　　　　　　　　　　　　　Carvel State Building
　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　(302) 577-8400
　　　　　　　　　　　　　　　　ophelia.waters@state.de.us

February 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on February 7, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Benne Singletary, SBI No.: 00332365, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters_____
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us