# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Benne Singletary )
    Plaintiff )
  )
  )
v, )
  )
c/o Gosnell and )
c/o Waples  Defendants )



FILED
FEB 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP S earmed

## MOTION FOR APPOINTMENT OF COUNSEL

1) I Plaintiff Benne Singletary respectfully request an appointment of counsel to represent me at the deposition, as well as the civil complaint.

2) I Plaintiff need an interpreter to understand the questioning and so that my words do not get twisted around. The defendants will have the A.G. with them; I need the representation.

3) Plaintiff prays this honorable Court grants motion for appointment of counsel.

Dated: 2-8-07

Thank You,
Sincerely,
Benne Singletary
DCC 1181 Paddock Rd
Smyrna, DE 19977

I/M BENNIE SINGLETARY
SBI# 332365   UNIT 21-D.U.10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postage meter stamp: FEB 10 2007, ZIP CODE 19877]

UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE 19801-3570

1+3570-99 C012