# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Benne Singletary )
    Plaintiff )
)
V. )
)
C/O Gosnell and C/O Waples )
    Defendants )



06 cv 315 JJF
FILED
FEB 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION FOR POSTPONEMENT OF UPCOMING DEPOSITION

1) I Plaintiff Benne Singletary request a postponement for the upcoming deposition that is scheduled for February 16, 2007 to delay this matter so plaintiff can acquire representation.

2) I Plaintiff respectfully request this honorable Court to grant motion for postponement for upcoming deposition.

Dated: 2-8-07

Thank You,
Sincerely,
Benne Singletary
DCC 1181 Paddock Rd.
Smyrna, DE 19977

I/M BENNIE SINGLETARY
SBI# 333365   UNIT 21-D.U.10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
844 N. KING ST.   LOCKBOX 18
WILMINGTON, DE 19801-3570

143570-99 C012