FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Mr Dalleo,

My name is Benne Singletary 332365. I recieved notice of deposition on Thursday, February 8th. I mailed 2 motions out that same evening - a motion for appointment of counsel and a motion for postponement of deposition. The last couple times I've wrote your office I recieved filing notices within 48 hours, so I waited untill monday before I started to worry. It is Tuesday and I havent heard anything so I have re-written the motions and am mailing them in a seperate envelope but at the same time as this letter. I am assuming that the lack of response from your office means that the motions never made it past the D.C.C. mailroom, but if they did make it there, I would still like these two motions (dated 2-13-07) to be filed, if possible, over the first two, because I mentioned grounds in these which I feel are more but won't will possibly be more compelling than those mentioned

in the first two.

THANK YOU FOR YOUR TIME AND CONSIDERATION

Sincerely,

Benne Singletary

Case 1:06-cv-00315-JJF   Document 29   Filed 02/15/2007   Page 2 of 3

JIM Benne Singletary
SBI# 332365 UNIT W.D.U.10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
14 FEB 2007 PM 3 L

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington DE 19801-3570