IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Benne Singletary )
    Plaintiff )
) Civil action no. 06-315-JJF
)
V, )
)
C/O Waples and )
C/O Gosnell )
    Defendants )



BD scanned

## MOTION FOR POSTPONEMENT OF DEPOSITION

1) Plaintiff comes now before this honorable court to request a postponement of the deposition scheduled for Friday, February 16th 2007

2) Whereas plaintiff filed an accompanying motion requesting appointment of counsel and does not know whether or not it will be granted, and

3) if request for appointment of counsel is granted, counsel will need time to familiarize him-/herself with the case and prepare for the deposition;

4) If request for appointment of counsel is not granted, Plaintiff will need time to seek counsel on his own.

5) Plaintiff prays this honorable court grants motion for postponement of deposition

Dated 2-13-07

Benne Singletary
SBI 332365
Delaware Correctional Center
1181 Paddock Rd
Smyrna, DE 19977

signed _Benne Singletary_