IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Bernie Singletary )
  Plaintiff )
 ) Civil Action No. 06-315-JJF
 )
V, )
 )
 )
C/O Gosnell and )
C/O Waples )
  Defendants )


FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

## MOTION FOR APPOINTMENT OF COUNSEL

1) Plaintiff comes now before this honorable Court to request that he be appointed representation by an attorney who can advise him on how to proceed in this matter;

2) Whereas plaintiff has insufficient knowledge of the law and is being called to represent himself in deposition on Friday, February 16th 2007 and

3) Whereas the state defendants will have formal representation by the State's Attorney whose knowledge of the law far exceeds that of the plaintiff's, and

4) Whereas plaintiff cannot read, write or comprehend language that surpasses that of a gradeschool reading level and has thus far relied on the assistance of other inmates, which at this stage of the proceedings will no longer suffice

5) Plaintiff respectfully and humbly requests that he be appointed counsel to represent him in future proceedings regarding this matter

Dated: 2-13-07

Benne Singletary
SBI 332365
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Signed _Benne Singletary_