IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY,           :
                            :
    Plaintiff,              :
                            :
v.                          :   Civil Action No. 06-315-JJF
                            :
COL. GOSNELL and C/O WAPLES,:
                            :
    Defendants.             :

### ORDER

WHEREAS, on February 15, 2007, Plaintiff filed a Motion For Postponement Of Deposition scheduled for February 16, 2007 (D.I. 30);

WHEREAS, by his Motion, Plaintiff requests the deposition be postponed until after the Motion For Appointment Of Counsel (D.I. 31) is resolved;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Postponement Of Deposition (D.I. 30) is **GRANTED**.

February 20, 2007

_____
UNITED STATES DISTRICT JUDGE