IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY
    Plaintiff,

V.

COL GOSNELL and C/O WAPLES
    Defendants.

Civil Action NO. 06-315-JJF

RULE 5.4 Discovery Materials
MOTION FOR PRODUCTION OF DOCUMENTS
Fed. R. Civ. P. 31, 33 through 36 and 45.

(1). Now Comes Plaintiff Benne Singletary entering a Motion for Production of documents to this Honorable Court, to subpoena the incident report for upcoming future Court purposes, on the pending Civil complaint.

(2). Plaintiff prays that this Honorable Court grant Motion for Production of documents.

Dated: 2-26-07

Sincerely,
Benne Singletary
Benne Singletary



FILED
FEB 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY
    Plaintiff,

V.

COL. GOSNELL and C/O WAPLES
    Defendants.

Civil Action No. 06-315-JJF

MOTION FOR;
NOTICE OF SERVICE
Fed. R. Civ. P. 45(b)(3)

(1). Plaintiff, Benne Singletary hereby on this day serve notice of Service to the above named defendants. to Proof of true copies.

Dated: 2-26-07

Benne Singletary

IM Benny Singletary
SBI# 332365 UNIT 21-D-U-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 FEB 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. KING St. Lockbox 18
Wilmington, Delaware
19801-3570