Mr. Berre Singletary
#332365
DCC
1181 Paddock Rd.
Smyrna, DE 19977

RE: 06-315 (JJF)

U.S. District Court
Lockbox 18
844 King St.
US Courthouse

March 7, 2007

FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Clerk:

   Please send me a docket sheet with everything that has been filed in case #06-315 (JJF). In advance, Thanks

IM Bene Singletary
SBI# 232365  UNIT 22MBR
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 MAR 2007 PM 1 T

US District Court
Lockbox 18
844 King St.
Wilmington, DE
19801

"LEGAL"