IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BENNY SINGLETARY,                :
                                 :
         Plaintiff,              :
                                 :
    v.                           : Civ. Action No. 06-315-JJF
                                 :
                                 :
COL. GOSNELL, et al.,            :
                                 :
         Defendants.             :

## O R D E R

WHEREAS, Plaintiff filed a Motion To Amend his Complaint on January 24, 2007 to add a monetary sum for relief sought (D.I. 21);

WHEREAS, the Complaint asks for compensatory and punitive damages, but does not seek a specific sum (D.I. 2);

WHEREAS, Defendants did not respond to the Motion;

THEREFORE, at Wilmington this 3 day of May, 2007, IT IS ORDERED that:

1. The Motion To Amend the Complaint (D.I. 21) is **GRANTED**.

2. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

3. Plaintiff is given **twenty-one days** from the date of this Order to file an Amended Complaint solely to amend his prayer for relief.

UNITED STATES DISTRICT JUDGE