IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY,                    :
                                     :
         Plaintiff,                  :
                                     :
    v.                               : Civil Action No. 06-315-JJF
                                     :
COL. GOSNELL, and C/O WAPLES,        :
                                     :
         Defendants.                 :

**ORDER**

WHEREAS, on February 28, 2007, Plaintiff filed a Motion For Production Of Documents (D.I. 33) requesting the Court to subpoena the incident report relevant to the allegations in Plaintiff's Complaint;

WHEREAS, Defendants did not file a response;

WHEREAS, the Court liberally construes the Plaintiff's request as a motion to compel production of the requested incident report for the purposes of discovery, rather than a request for a subpoena, see Estelle v. Gamble, 429 U.S. 97, 106 (1976) (noting that pro se documents are to be liberally construed);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Production Of Documents (D.I. 33) is **GRANTED** to the extent it requests that Defendants produce the incident report.

2. Defendants shall respond or further object to the request **no later than Friday, June 1, 2007.**

May 22, 2007

_____
UNITED STATES DISTRICT JUDGE