IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENNE SINGLETARY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-315-JJF |
| | ) |
| COL. GOSNELL, C/O WAPLES | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon the Defendants' Motion For Enlargement Of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**. (D.I. 42)

2. The Defendants have until on or before August 8, 2007 in which to file an Answering Brief.

SO ORDERED this 17 day of July, 2007.

_____
The Honorable Joseph J. Farnan Jr.
United States District Court Judge