IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENNE SINGLETARY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. Action No. 06-315-JJF |
| | : |
| COL. GOSNELL and C/O WAPLES, | : |
| | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 27 day of November, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Summary Judgment (D.I. 41) is **DENIED**.

2. Defendants are given **LEAVE** to file a renewed motion for summary judgment within thirty days from the date of this Order.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE