IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENNE SINGLETARY,                  :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 06-315-JJF
                                   :
COL. GOSNELL, and C/O WAPLES,      :
                                   :
        Defendants.                :

### ORDER

WHEREAS, on December 31, 2007, Defendants filed a Motion For Summary Judgment (D.I. 47);

WHEREAS, Plaintiff has not responded to Defendant's Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an answering brief to Defendants' Motion For Summary Judgment **no later than Tuesday, July 15, 2008**. If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

June 26, 2008

_____
UNITED STATES DISTRICT JUDGE