Motion For Extension of time

Civil Action No. 06-315 JJF                           7-3-08

Dear, Your Honor,

My name is Leslie W. Jones #271955. I'm writing to inform you that I'm now helping Bennie Singletary on his counsel as much as possible! Mr. Singletary is at the mercy of the court, asking for the proper counsel to further represent him! Mr. Singletary has nor the knowledge or experience to represent himself! Inside this envelope you will find a copy of Mr. Singletary's test-scores from school. As you can see he is not playing any mind games with the States time, he is seeking some professional assistance, if you please? This is an answering Brief to let the courts know that he is trying to use the proper and official Protocall!

Thank You, for your time!

Leslie W. Jones #271955
and: Bennie Singletary

FILED
JUL 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Benne Singletary
SBI# 332365   UNIT 23/c-L-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
KERRY

WILMINGTON DE 197
07 JUL 2008 PM 2 T

Civil Action No. 06-315-JJF

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
              19801-3570

```
Test Report for SINGLETARY BENNE
ID Number: 00332365                              5-29-08 MHU
Test Date: 05/29/08                              TABE 9/10 Basic Ed
 Run Date: 05/29/08                              Howell/ED
   Page No: 12                                   DCC

Subtestsp: EntirL/F   NC   NA    SS    GE  NP NRS  NS   OM  Predicted GED

Reading           E0   44   50   516   5.9 49  3   5   80  Reading   360 R
                                                           Science   350 R
                                                           Soc/Std   360 R
L/F=Test Lev & Frm   NC=No. Correct      NA=No. Attempted    I = Instruct
SS=Scale Score       GE=Grade Equiv      NP=National %ile    R = Review
NRS=Literary Level   NS=National Stan    OM=% Obj. Mastered  T = Test

Objectives          Score  MST Percent

Reading
 E01 INTRP GRAPH  9/10    +     90
 E02 WDS CONTEXT  4/ 5    +     80
 E03 RECALL INFO 14/14    +    100
 E04 CONST MEAN  12/14    +     85
 E05 EVAL/EX MNG  5/ 7    P     71
   Subtest Avg                  88

Total Average                   88
```



```
Test Report for SINGLETARY BENNE
ID Number: 00332365                              10-26-07 Lvl MHU
Test Date: 10/26/07                              TABE 9/10 Basic Ed
 Run Date: 10/26/07                              Grossman/TS
   Page No: 1                                    DCC

Subtestsp: EntirL/F   NC   NA   SS   GE  NP NRS  NS   OM  Predicted GED

Math Compu     E0    24   40  402  3.2  11       3   40  Math     270 I
Applied Math   E0    18   37  387  2.4  10       2    0   I = Instruct
                                                          R = Review
Total Math          42   77  394  2.9  10   2   2         T = Test

L/F=Test Lev & Frm    NC=No. Correct      NA=No. Attempted
SS=Scale Score        GE=Grade Equiv      NP=National %ile
NRS=Literary Level    NS=National Stan    OM=% Obj. Mastered

Objectives        Score  MST Percent

Math Compu
  E11 ADD WHL NUM   7/ 9   +      77
  E12 SUB WHL NUM   3/ 8   -      37
  E13 MUL WHL NUM   8/ 8   +     100
  E14 DIV WHL NUM   1/ 8   -      12
  E15 DECIMALS     5/ 7    P      71
    Subtest Avg                   60

Applied Math
  E21 NUM OPERATN   4/10   -      40
  E22 COMP CONTXT   4/ 7   P      57
  E23 ESTIMATION    2/ 5   -      40
  E24 MEASUREMENT   3/ 5   P      60
  E25 GEOMETRY      3/ 5   P      60
  E26 DATA ANALY    2/ 6   -      33
  E27 STAT/PROB     0/ 4   -       0
  E28 PRE-ALG/ALG   0/ 4   -       0
  E29 PROB SOLVG    0/ 4   -       0
    Subtest Avg                   36

Total Average                     47
```